**Franklin F. Wingard, Administrator of Estate of Anna Peters, Deceased, Appellee, v. W. F. Peters et al., Defendants.**
**W. F. Peters, Appellee, v. Mayme Lindburg and Harry L. Lindburg, Appellants.**

Gen. No. 10,090.

opinion filed November 4, 1946; released for publication December 10, 1946. Andrew Kopp, for appellants; Robert G. Graham and James M. Johnston, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.